RECEIVED

MAY 3 0 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOHN BENDER DAVIS, JR.,          CIVIL ACTION NO. 1:18-CV-288-P
Petitioner

VERSUS                           JUDGE DEE D. DRELL

WARDEN,                          MAGISTRATE JUDGE PEREZ-MONTES
Respondent

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Davis's § 2241 petition is DISMISSED for lack of jurisdiction, with prejudice as to the jurisdictional issue, and without prejudice as to the merits of Davis's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 29th day of _____ May _____, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE